**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Jessica L Boyce , <br><br>　　　　Debtor(s) <br><br><br><br><br><br> Social Security No(s).: xxx–xx–4256 and all Employer's Tax Identification No(s). *[if any]* | ) <br> ) <br> ) <br> ) <br> ) Case No. 14–10571–1–rel <br> ) <br> ) <br> ) <br> ) Chapter 7 <br> ) <br> ) <br> ) <br> ) |

**CLERK'S NOTICE OF DEFICIENT DOCUMENT FILED**

The Clerk has received and filed your document(s) numbered 23 with respect to the above case/adversary. The Court cannot further process your document as filed due to:

☑ *Problem/Error:*

**The Notice of Hearing document contains default language, however, the CM/ECF event Bankruptcy > Notices > Notice of Hearing was chosen incorrectly. The proper CM/ECF event is Bankruptcy > Notices > Notice of Hearing on Default Motion.**

*To resolve the deficiency, you must complete the following action by :*

☑ *Corrected Action Needed:*

**This is a default matter. Your appearance is not required unless opposition is filed. No further action is required**

Failure to resolve the deficiency(s) by the above deadline may result in the Court not processing your pleadings, not granting the relief requested, and/or taking other Court action as appropriate.

In the event that you have provided notice to parties, it is your responsibility to advise parties of any changes or corrections.

Date: 6/29/15

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court

By:  Kathy Coughlin
　　　5182571633
　　　Deputy Clerk's Name and Telephone Number